UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PAPPAS, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:25-CV-1865-ZMB |
| JUSTANSWER LLC, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is Plaintiff Michael Pappas's Motion to Remand Action. Doc. 20. Pappas filed his motion in January 2026, Doc. 20, and Defendant JustAnswer LLC timely filed an opposition, Doc. 25. Two months later, JustAnswer filed a notice withdrawing its opposition and consenting to remand. Doc. 27. Accordingly, and with the consent of all parties, the Court **GRANTS** Plaintiff Michael Pappas's [20] Motion to Remand Action. The Court will issue a separate Order of Remand to accompany this order.

So ordered this 24th day of April 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE